NO. 07-09-0253-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

OCTOBER 12, 2009

_____

IN RE RONNIE J. TROGLIN, JR., RELATOR
_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**MEMORANDUM OPINION**

By petition for writ of mandamus, Ronnie J. Troglin, Jr. challenges a divorce decree *nunc pro tunc* signed July 8, 2009. Troglin has filed a motion requesting voluntary dismissal of his petition. Attached to the motion as an exhibit is an "agreed modified divorce decree" signed September 14. Troglin supports his motion to dismiss with certificates of conference stating that counsel for real party in interest Stephanie S. Troglin and the attorney ad litem for the Troglin children do not oppose the requested relief.

Finding the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled, we dismiss Troglin's petition for writ of mandamus.

Having disposed of the mandamus proceeding at Troglin's request, we will not entertain a motion for rehearing.


James T. Campbell
Justice